**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
09 OCT 27 AM 11:34
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RUBEN RIVERA-HERNANDEZ,<br><br>                    Defendant. | CASE NO. 09CR3243-MMA<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/22/09

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE

ENTERED ON _____